*Friday,*
*May* 28.

BEESON *v.* FOLEY.

APPEAL from the *Wayne* Circuit Court.

*Per Curiam.*—This case turns entirely upon the weight of evidence. We think it sustains the judgment.

The judgment is affirmed with 3 per cent. damages and costs.

*O. P. Morton* and *J. F. Kibbey*, for the appellant.

*J. S. Newman* and *J. P. Siddall*, for the appellee.